FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH EDWARD PASCHALL,<br><br>Defendant. | No. 2:18-CR-00073-RMP-1<br><br>ORDER DENYING MOTION TO MODIFY<br><br>**MOTION DENIED**<br>**(ECF No. 28)** |

    At the Defendant's detention hearing on May 24, 2018, the Court was given to understand that Defendant had an appointment with "Frontier Behavioral Health" on Tuesday, June 5, 2018. Given Defendant's astonishing record of missing court dates and appointments, and Defendant's avowed need for admittedly scarce mental health resources, the Court fashioned conditions releasing Defendant directly to the mental health appointment.

    The court is now advised, via the instant motion, that the June 5 appointment was not for mental health care, but instead for vocational assistance. Further, Defendant asserts that he could've made an appointment for mental health

ORDER - 1

treatment at any time, or even been handled as a "walk up." This discrepancy is unexplained. Further, it implies that Defendant could've availed himself of mental health care at any time, but only does so now because it will promote his release from custody.

Accordingly, the motion, **ECF No. 28**, is **DENIED with leave to renew**.

**IT IS SO ORDERED.**

DATED May 29, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2