PROB 12C
(6/16)

Report Date:  December 12, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Edward Paschall        Case Number: 0980 2:18CR00073-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 16, 2018

Original Offense:        Failure to Register, 18 U.S.C. § 2250(a)

| | | |
|---|---|---|
| Original Sentence: | Prison - 18 days<br>TSR - 120 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: November 16, 2018 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: November 15, 2028 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or a dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Mr. Paschall violated the terms of his supervised release by being in possession of dangerous weapons, on or about, December 5, 2019.

On November 16, 2018, supervision commenced in this matter.  On November 20, 2018, a supervision intake was completed.  His judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 10, noted above.

On December 5, 2019, the undersigned officer was notified of allegations of domestic violence.  As a result, Mr. Paschall was directed to report to the United States Probation Office (USPO).

Prob12C
**Re: Paschall, Kenneth Edward**
**December 12, 2019**
**Page 2**

Mr. Paschall did report to the USPO as directed. However, he was immediately stopped by the court security officers after their screening system detected multiple weapons in his back pack. A search was conducted. Located in Mr. Paschall's backpack were: a large Ozark trail knife with sheath, small Ozark trail hatchet with sheath, large black knife with sheath, and 2 folding knives.

Mr. Paschall indicated he had the items in hopes that he could go camping someday. The noted items were confiscated.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 12, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

December 12, 2019

Date