PROB 12C
(6/16)

Report Date: December 20, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kenneth Edward Paschall | Case Number: 0980 2:18CR00073-RMP-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge | |
| Date of Original Sentence: November 16, 2018 | |
| Original Offense: Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: Prison - 18 days<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: U.S. Attorney's Office | Date Supervision Commenced: November 16, 2018 |
| Defense Attorney: Andrea K. George | Date Supervision Expires: November 15, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/12/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Mr. Paschall violated the terms of his supervised release by failing to comply with a directive of the U.S. probation officer, on or about December 17, 2019.<br><br>On November 16, 2018, supervision commenced in this matter. On November 20, 2018, a supervision intake was completed. His judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 13, noted above.<br><br>On December 5, 2019, following allegations of domestic violence (as outlined in violation number one in the petition filed on December 12, 2019), Mr. Paschall was directed to have no contact with his now estranged wife, Alicia Paschall, or return to the Carlyle apartments, where they resided together. |

Prob12C
**Re: Paschall, Kenneth Edward**
**December 20, 2019**
**Page 2**

On December 12, 2019, law enforcement notified the U.S. Probation Office (USPO) that they were dispatched to the Carlyle apartments regarding Mr. Paschall's presence there and his communication with Alicia Paschall. Mr. Paschall was not arrested but was asked by law enforcement to leave the area.

The undersigned officer contacted Mr. Paschall that same day. He indicated he wanted to get some of his belongings. When questioned why he wouldn't reach out to the undersigned officer, he indicated he assumed the undersigned officer would be too busy.

On December 18, 2019, a follow up conversation occurred at the USPO. Mr. Paschall was inconsistent in his statements. He indicated he spoke to Alicia to ask to retrieve some items out of their vehicle and she told him no. Mr. Paschall entered the vehicle anyway and advised he had a friend drive the vehicle away from the location. Upon further discussion, he advised she had told him that she had feelings for someone else. This upset Mr. Paschall and he admitted that he originally went to the apartment because he was upset and curious about the identity of this other person.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 20, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Other    Appear before Magistrate Judge

Signature of Judicial Officer

12/20/2019
Date