Report Date:  January 6, 2020

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Kenneth Edward Paschall          Case Number: 0980 2:18CR00073-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 16, 2018

Original Offense:          Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:        Prison - 18 days          Type of Supervision: Supervised Release
                          TSR - 120 days

Asst. U.S. Attorney:    Stephanie A. Van Marter     Date Supervision Commenced: November 16, 2018

Defense Attorney:        Federal Public Defender     Date Supervision Expires: November 15, 2028

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/12/2019, and 12/20/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 3 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Mr. Paschall violated the terms of his supervised release by failing to comply with a directive of the U.S. probation officer, on or about December 31, 2019.

On November 16, 2018, supervision commenced in this matter.  On November 20, 2018, a supervision intake was completed.  His judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 13, noted above.

On December 5, 2019, following allegations of domestic violence (as outlined in violation number 1 in the petition filed on December 12, 2019), Mr. Paschall was directed to have no contact with his now estranged wife, Alicia Paschall, or return to the Carlyle apartments where they resided together.

On December 31, 2019, the undersigned received a call from Mrs. Paschall regarding their ability to have contact. She confirmed that she does not want to continue to have a relationship with Mr. Paschall but wants him to be involved in the lives of their children (she is currently pregnant expecting twins). The undersigned officer explained concerns surrounding the various serious allegations made in regards to Mr. Paschall. She acknowledged that Mr. Paschall has been communicating with her and advised that he has been coming to the Carlyle apartments.

Mr. Paschall was contacted and confronted regarding contact with Mrs. Paschall which he adamantly denied. He also denied having any contact with Mrs. Paschall or going to the Carlyle apartments since December 12, 2019. He was again asked if his name would be in the visitor's sign-in book at the Carlyle apartments. He again denied it, but ultimately admitted to going to the Carlyle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 6, 2020
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

January 7, 2020
_____
Date