PROB 12C
(6/16)

Report Date: April 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenneth Edward Paschall | Case Number: 0980 2:18CR00073-RMP-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: November 16, 2018 | |
| Original Offense:   Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence:   Prison - 18 days  TSR - 120 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:   James A. Goeke | Date Supervision Commenced: November 16, 2018 |
| Defense Attorney:   Federal Defenders Office | Date Supervision Expires: November 15, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/12/2019; 12/20/2019; and 1/6/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #4**: You must be truthful when responding to the questions asked by the probation officer. |
| | **Supporting Evidence**: Mr. Paschall violated the terms of his supervised release by being untruthful when questioned about where he had been staying, on or about March 18, 2020. |
| | On November 16, 2018, supervision commenced in this matter.  On November 20, 2018, a supervision intake was completed.  His judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 4, noted above. |
| | The undersigned officer received information that Mr. Paschall had not been staying at his approved apartment from on or about March 13, 2020, until on or about March 18, 2020. On March 18, 2020, the undersigned officer contacted Mr. Paschall.  He was adamant that he had been staying in his apartment.  He claimed that he had been leaving the residence in the early morning hours before the office opened and returning late after the office closed. |

Prob12C
Re: Paschall, Kenneth Edward
**April 10, 2020**
Page 2

When questioned whether the security cameras would be able to confirm this statement, he indicated they would not because he pulls his hood over his head so that no one can identify him.

Upon further questioning, he advised he was sleeping on the sidewalk outside of his building for several days because he was too tired to walk up the stairs.

5   **Special Condition #5**: You must take medications for the treatment of Schizoaffective disorder and PTSD as prescribed by the licensed mental health treatment provider.

**Supporting Evidence**: Mr. Paschall violated the terms of his supervised release by failing to take his medication as prescribed by his medication management provider, since on or about late January 2020.

On November 16, 2018, supervision commenced in this matter. On November 20, 2018, a supervision intake was completed. His judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 5, noted above.

On April 2, 2020, a polygraph examination was conducted. Mr. Paschall admitted not taking his prescribed medication since late January 2020. The undersigned officer had questioned Mr. Pashcall about not taking his medications. He stated his mental health therapist indicated he should stop taking them, which was later to be found untrue. The undersigned officer contacted the medication management provider, who advised that Mr. Paschall stopped taking his medication against medical advice and medication management services were terminated at the request of Mr. Paschall.

6   **Special Condition #13**: You must complete 120 hours of community service work, at a not-for-profit site approved in advance by the supervision officer.

**Supporting Evidence:** Mr. Paschall violated the terms of his supervised release by failing to complete community service hours on or about March 12 to 18, 2020.

On November 16, 2018, supervision commenced in this matter. On November 20, 2018, a supervision intake was completed. Mr. Paschall's judgment was reviewed with him and he signed a copy acknowledging an understanding of the conditions imposed by the Court, which includes special condition number 13, noted above.

Throughout his supervision, numerous efforts have been made to assist Mr. Paschall with completing his community services hours. He has been provided a number of reminders yet he continues to struggle with putting forth effort in completing this requirement.

On February 19, 2020, the undersigned officer had another discussion with Mr. Paschall about creating a schedule to work on his community service hours. Mr. Paschall has been residing at a location where he can simply wake up, walk down some stairs and speak to office staff about completing available hours at that location. After our February 19, 2020, discussion, he followed through with setting a schedule to do his community service hours. However, as noted in violation number 4 noted above, Mr. Paschall was not at his residence from about March 13 to 18, 2020, thereby not completing community service hours during this time.

Prob12C
Re: Paschall, Kenneth Edward
**April 10, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 10, 2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*[signature]*

Signature of Judicial Officer

4/13/2020

Date